April 22, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

EX PARTE JOSE AGOSTADERO

NO. 14-13-00975-CR

_____

  This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED**. The court orders the appeal **DISMISSED** in accordance with its opinion.

  We further order appellant pay all costs expended in the appeal.

  We further order this decision certified below for observance.